```
      UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

  IN RE:                                          CASE NO. 06 B 13304
     CHARLES FRANCES SCHUE
     STACY L SCHUE                                CHAPTER 13

                                                  JUDGE: MANUEL BARBOSA
           Debtor
     SSN XXX-XX-7011      SSN XXX-XX-4440

  ------------------------------------------------------------------------------
                         TRUSTEE'S FINAL REPORT AND ACCOUNT
  ------------------------------------------------------------------------------
       Glenn Stearns, Chapter 13 Standing Trustee, submits the following
  Final Report and Account of the administration of the estate pursuant to
  11 USC 1302(b)(1).

     1.  The case was filed on 10/17/06 and confirmed on 12/21/06.

     2.  The case was dismissed after confirmation, 06/05/2008.

     3.  The Debtor paid a total of $  43400.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO HOME MORT | CURRENT MORTG | 25520.14 | .00 | 25520.14 |
| WELLS FARGO HOME MORT | MORTGAGE ARRE | 15294.96 | .00 | 12930.56 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2213.88 | .00 | 228.00 |
| ACC INTERNATIONAL | UNSECURED | NOT FILED | .00 | .00 |
| ADVANCED NEUROLOGICAL CA | UNSECURED | NOT FILED | .00 | .00 |
| CHARTER ONE | UNSECURED | NOT FILED | .00 | .00 |
| UNIFUND CCR PARTNERS | UNSECURED | 6394.58 | .00 | .00 |
| CREDIT MANAGEMENT CONTRO | UNSECURED | NOT FILED | .00 | .00 |
| CREDITORS COLLECTION BUR | UNSECURED | 2229.80 | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 11574.56 | .00 | .00 |
| KISHWAUKEE COMMUNITY HOS | UNSECURED | NOT FILED | .00 | .00 |
| MONITRONICS INC RESIDENT | UNSECURED | NOT FILED | .00 | .00 |
| SHERMAN HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CLINICAL CONSULTANTS | UNSECURED | NOT FILED | .00 | .00 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 3905.64 | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | .00 | .00 | .00 |
| T MOBILE USA | UNSECURED | 304.05 | .00 | .00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 40815.10 | .00 | 26622.51 | .00 | 67437.61 |
| PRINCIPAL PAID | 38450.70 | .00 | 228.00 | .00 | 38678.70 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | 38450.70 | .00 | 228.00 | .00 | 38678.70 |

The Debtor's attorney, PETER FRANCIS GERACI         , was allowed $   3000.00
and was paid $   3000.00  direct and $      .00  through the plan.

The Trustee received $   1621.30 .

Refunds to the Debtor totaled $    3100.00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 09/10/08                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 06 B 13304 CHARLES FRANCES SCHUE & STACY L SCHUE